UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER, | No. 2:15-cv-0248 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| J. MACOMBER, et al., | |
| Defendants. | |

By order filed September 18, 2015, plaintiff was accorded the option of proceeding on his original complaint against defendant McCowan, and dismissing without prejudice defendants Snipes, Dulaney, Andes, Cross, Vasquez, Macomber, Eldridge, Baker, Turner and Shankland, OR filing a First Amended Complaint in which plaintiff again attempted to state claims against all defendants. See ECF No. 10.

On October 2, 2015, plaintiff filed a Notice of Submission of Documents in which he indicated his decision to proceed on his original complaint against defendant McCowan, and to dismiss the other defendants. See ECF No. 14.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that defendants Snipes, Dulaney, Andes, Cross, Vasquez, Macomber, Eldridge, Baker, Turner and Shankland are dismissed from this action without prejudice.

DATED: October 9, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE