UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MACOMBER, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-0248 GEB AC P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner at California State Prison Sacramento who proceeds pro se and in forma pauperis with this civil rights action against sole defendant Correctional Officer J. McCowan.  On March 6, 2017, defendant filed a motion for summary judgment. ECF No. 54. However, plaintiff has informed the court that he is deprived of his legal materials, and timely filed a discovery motion that the court has not yet addressed.  Pending the court's resolution of plaintiff's discovery motion and defendant's opposition thereto, the court will direct the Office of the California Attorney General to inquire into the location of plaintiff's legal materials and his access thereto, and will delay the deadline for plaintiff to file his opposition to defendant's motion for summary judgment until further order of this court.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Deputy Attorney General (DAG) Derrek J. Lee, who represents defendant herein, is directed to inquire of the appropriate officials at California State Prison Sacramento as to the

1

location of plaintiff's legal materials and plaintiff's access thereto and, within twenty-one (21) days after the filing date of this order, to file and serve a statement so informing the court; plaintiff may file a response within fourteen (14) days after service of defendant's statement.

2. Plaintiff's opposition to defendant's motion for summary judgment is not due until further order of this court.

3. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 53, is denied as moot; plaintiff was granted in forma pauperis status by order of this court filed September 18, 2015.

SO ORDERED.

DATED: March 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE