| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY RAY BAKER, | | No. 2:15-cv-00248-TLN-AC P |
| | Plaintiff, | |
| v. | | ORDER |
| J. MACOMBER, et al., | | |
| | Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 28, 2018, the magistrate judge filed findings and recommendations herein, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 85.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 87.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 28, 2018 (ECF No. 85), are adopted in full.

2. Summary judgment is entered for Defendant McCowan on Plaintiff's claim that Defendant was deliberately indifferent to Plaintiff's serious medical needs by causing Plaintiff to miss his August 10, 2012, insulin injection.

3. Summary judgment is denied to both Plaintiff and Defendant on Plaintiff's remaining claims.

4. This action shall proceed on Plaintiff's remaining claims against Defendant McCowan for: (1) the use of excessive force, and (2) deliberate indifference to plaintiff's serious medical needs premised on Defendant's failure to abide by Plaintiff's medical chrono for frontal waist restraints.

Dated: March 29, 2018

Troy L. Nunley
United States District Judge