| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>        Plaintiff,<br><br>v.<br><br>J. MACOMBER, et al.,<br><br>        Defendants. | No. 2:15-cv-0248 TLN AC P<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR PURPOSES OF SETTLEMENT |

        Plaintiff is a state prisoner incarcerated at the California Substance Abuse Treatment Facility in Corcoran, under the authority of the California Department of Corrections and Rehabilitation. Plaintiff proceeds pro se with this civil rights action against sole defendant Correctional Officer J. McCowan. On April 4, 2018, the court found that appointment of counsel for plaintiff is warranted for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference. See ECF No. 89. Rebecca A. Weinstein-Hamilton has been selected from the court's pro bono attorney panel to represent plaintiff for this purpose and has agreed to be appointed.

        Accordingly, IT IS HEREBY ORDERED that:

1. Rebecca A. Weinstein-Hamilton is appointed as limited-purpose counsel in the above-entitled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

1

2. Rebecca A. Weinstein-Hamilton's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if she has any questions related to the appointment.
4. In addition, this matter is again referred to Sujean Park, the court's Dispute Resolution Coordinator, to schedule a mandatory settlement conference at the convenience of all parties and the court.
5. The Clerk of the Court is directed to serve a copy of this order upon Rebecca A. Weinstein-Hamilton, Law Office of Rebecca Weinstein-Hamilton, 4034 Prairie Falcon Dr., El Dorado Hills, CA 95762.

IT IS SO ORDERED.

DATED: April 9, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE