UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>Plaintiff,<br><br>v.<br><br>J. MACOMBER, et al.,<br><br>Defendants. | No. 2:15-cv-0248 TLN AC P<br><br>ORDER TO FACILITATE ATTORNEY-CLIENT TELEPHONE CALL |

Plaintiff is a state prisoner represented by court-appointed counsel Rebecca Ann Weinstein-Hamilton. Communication between appointed counsel and her client is required to finalize preparations for the settlement conference scheduled in this case on June 25, 2018. By this order, the court directs the Warden and correctional staff at the California Substance Abuse Treatment Facility (SATF) to facilitate a confidential telephone call between appointed counsel and inmate Timothy Baker (K-62174).

In accordance with the above, IT IS HEREBY ORDERED:

1. The SATF Warden, Litigation Coordinator, and other correctional staff, as needed, shall facilitate a confidential telephone call between Timothy Baker and his attorney.
2. The confidential telephone call shall be placed on Wednesday, May 9, 2018, to begin at 9:00 a.m. and shall continue, without interruption, for a maximum of 90 minutes or

until completed, whichever is earlier.  Correctional staff shall initiate the phone call by calling Ms. Weinstein-Hamilton at (916) 220-3407.

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Baker under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the SATF Warden, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is directed to serve this order by facsimile (559) 992-7191 and email on the Warden and Litigation Coordinator at SATF.

IT IS SO ORDERED.

DATED: May 1, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE