UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MACOMBER, et al.,<br><br>        Defendants. | No. 2:15-cv-0248 TLN AC P<br><br><br>ORDER |

Plaintiff Timothy Ray Baker is a state prisoner currently incarcerated at California State Prison Sacramento, under the authority of the California Department of Corrections and Rehabilitation. Plaintiff proceeds pro se with this civil rights action against sole defendant Correctional Officer J. McCowan on claims for the use of excessive force, and deliberate indifference to plaintiff's serious medical needs. See ECF Nos. 88, 85.

A settlement conference was convened in this case on June 25, 2018, but the case did not settle. The court appointed counsel for plaintiff for the limited purpose of representing him at the settlement conference. Counsel's appointment, otherwise scheduled to terminate fifteen days after the settlement conference, see ECF No. 90 at 2, will terminate with this order.

This case will now proceed to trial before District Judge Troy L. Nunley. The parties will be directed to file separate pretrial statements, as set forth below. The court will review the

/////

parties' pretrial statements on the papers, without scheduling a pretrial conference. Thereafter, the court will issue a Pretrial Order providing further directions to the parties.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days after the filing date of this order, the parties shall file separate pretrial statements that provide the following information:

    a. The estimated length of trial, and any "black out" dates when either party or their counsel is unavailable through June 28, 2019.

    b. Fully address, without providing any exhibits at this time, each of the matters set forth in Local Rule 281(b).

2. The limited appointment of Ms. Rebecca Weinstein-Hamilton to represent plaintiff is hereby terminated, effective upon the filing of this order; the court acknowledges and appreciates Ms. Weinstein-Hamilton's voluntary assistance to plaintiff and the court.

IT IS SO ORDERED.

DATED: June 26, 2018.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE