1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY RAY BAKER,                        No.  2:15-cv-0248 TLN AC P

12                  Plaintiff,

13        v.                                    ORDER

14   J. MACOMBER, et al.,

15                  Defendants.

16

17        Plaintiff Timothy Ray Baker is a state prisoner currently incarcerated at the California

18   Substance Abuse Treatment Facility, in Corcoran, under the authority of the California

19   Department of Corrections and Rehabilitation.  Following summary judgment, this civil rights

20   action proceeds against sole defendant Correctional Officer J. McCowan on claims for the use of

21   excessive force, and deliberate indifference to plaintiff's serious medical needs.  See ECF Nos.

22   88, 85.

23        A settlement conference was convened on June 25, 2018, but the case did not settle.  This

24   case will now proceed to trial before District Judge Troy L. Nunley, the dates to be determined.

25        On July 19, 2018, the court granted plaintiff's motion for appointment of counsel for

26   purposes of trial preparation and trial.  See ECF No. 99.  Mr. David W. Bonilla has been selected

27   from the court's pro bono attorney panel to represent plaintiff and has agreed to the appointment.

28   ////

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. David W. Bonilla is appointed as counsel in the above-entitled matter.

3    2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

4    spark@caed.uscourts.gov if he has any questions related to the appointment.

5    3. Within sixty (60) days after the filing date of this order, the parties shall file a joint

6    statement that provides the estimated length of trial, and identifies all "black out" dates through

7    October 4, 2019, when either party or their counsel are unavailable for trial.

8    4. After the dates for trial have been scheduled before Judge Nunley, the court will direct

9    the filing of a joint pretrial statement that addresses the matters set forth in Local Rule 281(b).

10   IT IS SO ORDERED.

11   DATED: August 7, 2018

12   _____
     ALLISON CLAIRE
13   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28