1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TIMOTHY RAY BAKER,                          No.  2:15-cv-0248 TLN AC P

12                      Plaintiff,

13           v.                                    ORDER

14    J. MACOMBER, et al.,

15                      Defendants.

16

17          On September 7, 2018, plaintiff filed in this case a request for leave to file an

18    "emergency" civil rights complaint against several correctional officials at his current place of

19    incarceration, the California Substance Abuse Treatment Facility (SATF) at California State

20    Prison Corcoran.  Plaintiff expresses concerns for his safety and asserts that he requires the

21    court's intervention before completion of the inmate appeals process.  The instant case is

22    plaintiff's only currently open case in this court; however, this case is in trial preparation against

23    sole defendant McCowan, who is not among the putative defendants identified in plaintiff's most

24    recent filing.  To proceed with his new claims, plaintiff must file a new action, which will be

25    assigned a new case number and randomly assigned to a magistrate judge.  Plaintiff may seek

26    emergency relief in the new action.

27    ////

28    ////

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Clerk of Court is directed to:

3            A.  Open a new case, with a randomly assigned case number and magistrate judge,

4    entitled Timothy Ray Baker v. Correctional Officer R. Grider et al.

5            B.  File in the new case: (i) a copy of plaintiff's most recent filing in this case

6    (ECF No. 101); and (ii) a copy of this order.

7            C.  Send plaintiff, together with a copy of this order, a blank prisoner civil rights

8    complaint with the case number of plaintiff's newly-opened case.

9        2.  Plaintiff shall, within thirty days after the filing date of this order, file a civil rights

10   complaint on the form provided herewith.

11       3.  Plaintiff may, at any time, file a further request for emergency relief in the newly-

12   opened case; however, such request would be reinforced by the simultaneous filing of a

13   complaint.

14       SO ORDERED.

15   DATED: September 11, 2018

16

ALLISON CLAIRE
17                                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28