UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER, | No. 2:15-cv-0248 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| J. MACOMBER, et al., | |
| Defendants. | |

  For good cause shown, plaintiff's ex parte request for extended time to file the parties' Joint Pretrial Statement, ECF No. 107, is GRANTED. The parties shall file their Joint Pretrial Statement on or before February 19, 2019. The statement shall address the matters set forth in Local Rule 281(b); no exhibits shall be submitted at this time.

  IT IS SO ORDERED.

DATED: December 10, 2018

            /s/ Allison Claire
            ALLISON CLAIRE
            UNITED STATES MAGISTRATE JUDGE