UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MACOMBER, et al.,<br><br>    Defendants. | No. 2:15-cv-0248 TLN AC P<br><br><br><br>ORDER |

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's ex parte motion for extended time to file the parties' Joint Pretrial Statement, ECF No. 106, is GRANTED;

2. The parties shall file their Joint Pretrial Statement on or before February 19, 2019; the statement shall address the matters set forth in Local Rule 281(b) and no exhibits shall be submitted at the present time;

3. The court's order filed December 11, 2018 (ECF No. 108), which inadvertently identified plaintiff's subject motion as ECF No. 107, is vacated; and

4. Plaintiff's counsel is directed to serve plaintiff with copies of this order and ECF No. 106, in response to plaintiff's request filed December 6, 2018 (ECF No. 107).

DATED: December 11, 2018

                                                ALLISON CLAIRE<br>
                                                UNITED STATES MAGISTRATE JUDGE