# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

TIMOTHY RAY BAKER,

        Plaintiff,

  v.

J. MACOMBER, et al.,

        Defendants.

No. 2:15-cv-0248 TLN AC P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**Timothy Ray Baker, CDCR # K-62174**, a necessary and material witness in a trial scheduled in this case commencing May 20, 2019, is currently confined in Salinas Valley State Prison (SVSP), in the custody of the Warden. In order to secure this inmate's attendance at trial it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States District Judge Troy L. Nunley at the United States District Court, Courtroom #2, 501 I Street, Sacramento, California 95814, on **Monday, May 20, 2019, at 9:00 a.m.**

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a trial at the time and place noted above, until completion of trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SVSP, P.O. Box 1020, Soledad, California 93960-1020:**

**WE COMMAND** you to produce the inmate named above to testify before District Judge Nunley at the time and place noted above, until completion of trial or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 31, 2019

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE