UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER, | No. 2:15-cv-0248 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| J. MACOMBER, et al., | |
| Defendants. | |

Plaintiff moves for appointment of new counsel following the withdrawal of his previously appointed counsel, emphasizing the merits of his case. ECF No. 114. However, for the reasons previously stated, see ECF No. 113 at 2, the court again finds that present circumstances do not warrant further appointment of counsel. Moreover, defense counsel is assisting plaintiff with the preparation of their joint pretrial statement, and the trial in this action, involving two claims against one defendant, will be relatively straightforward, facilitated by plaintiff's familiarity with the relevant facts and continued diligence in pursuing his legal claims.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for appointment of counsel, ECF No. 114, is DENIED without prejudice.

DATED: February 22, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE