1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   TOMOTHY RAY BAKER,                    No.  2:15-cv-0248 TLN AC P

11                  Plaintiff,

12        v.                              ORDER

13   J. MACOMBER, et al.,

14                  Defendants.

15

16        Plaintiff is a state prisoner currently incarcerated at Salinas Valley State Prison under the

17   authority of the California Department of Corrections and Rehabilitation (CDCR).  Plaintiff

18   proceeds pro se with his original complaint alleging the violation of his civil rights by sole

19   defendant California State Prison Sacramento (CSP-SAC) Correctional Officer J. McCowan.

20   Plaintiff pursues claims of excessive force and deliberate indifference to plaintiff's serious

21   medical needs.

22        This case is scheduled for trial before District Judge Troy L. Nunley, commencing May

23   20, 2019, at 9:00 a.m.  See ECF No. 105.  A writ ad testificandum has issued to obtain

24   plaintiff's presence at trial.  See ECF No. 112.

25        The purpose of this order is two-fold.  First, plaintiff must file and serve his own separate

26   pretrial statement.  Although the undersigned encouraged the assistance of plaintiff's formerly

27   appointed counsel, as well as defense counsel, to work with plaintiff in the preparation of a joint

28   pretrial statement, see ECF Nos. 113, 115, neither attorney did so, see e.g. ECF No. 116 at 1 n.1.

1  Defense counsel has now filed and served a separate pretrial statement on behalf of defendant

2  McCowan.  <u>See</u> ECF No. 116.  Therefore, plaintiff will be directed to file and serve his own

3  pretrial statement on or before Monday, April 1, 2019; no extensions of time will be permitted.

4  Plaintiff's pretrial statement shall address each of the matters set forth in Local Rule 281(b); to

5  the extent that plaintiff agrees with the contents of defendant's separate pretrial statement, he may

6  simply say so.  No exhibits shall be submitted at this time.

7        Second, plaintiff again requests the appointment of counsel to represent him at trial.  ECF

8  No. 117.  For the reasons previously stated by the court, <u>see</u> ECF No. 115, plaintiff's request will

9  again be denied without prejudice.

10        Accordingly, IT IS HEREBY ORDERED that:

11        1.  Plaintiff shall file and serve his separate pretrial statement on or before Monday, April

12  1, 2019; no extension of times of time will be permitted.

13        2.  Plaintiff's request for appointment of counsel, ECF No. 117, is denied without

14  prejudice.

15  DATED: March 12, 2019

16  

17  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28