UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MACOMBER, et al.,<br><br>    Defendants. | No. 2:15-cv-0248 TLN AC P<br><br><br>ORDER |

Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison, has filed a "motion to compel" his former appointed counsel, David Bonilla, to return all of "his supporting legal documents, medical records, and case files" so that plaintiff can prepare his separate pretrial statement. This case remains scheduled for trial before District Judge Troy L. Nunley, commencing on May 20, 2019. See ECF No. 105. A writ ad testificandum has issued to obtain plaintiff's presence at trial. See ECF No. 112. Therefore, time is of the essence.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion filed March 25, 2019, ECF No. 119, is GRANTED.

2. David Bonilla shall, within seven (7) days after the filing date of this order: (a) send to plaintiff, by the most efficient means possible, all of the records in Bonilla's possession that were provided by plaintiff or that otherwise apply to this action; and (b) file and serve a declaration

////

1

under penalty of perjury that affirms the fact, content and method of Bonilla's compliance with this order.

3. The deadline for plaintiff to file and serve his pretrial statement is extended to April 12, 2019.

4. The Clerk of Court is directed to serve a copy of this order on David W. Bonilla, 901 H Street, Suite 100, Sacramento CA 95814.

DATED: March 27, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE