UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY RAY BAKER,

Plaintiff,

v.

J. MACOMBER, et al.,

Defendants.

No. 2:15-cv-0248 TLN AC P

ORDER

Plaintiff is a state prisoner, currently incarcerated at Salinas Valley State Prison, proceeding pro se with this civil rights action against sole defendant McCowan on claims for the use of excessive force, and deliberate indifference to plaintiff's serious medical needs premised on defendant's alleged failure to abide by plaintiffs medical chrono for frontal waist restraints. A settlement conference was convened in this case on June 25, 2018, but the case did not settle. See ECF No. 96. Trial is now scheduled to commence April 27, 2020.[1]

Presently before the court is plaintiff's request that this court convene another settlement conference. See ECF No. 124. For good cause shown, IT IS HEREBY ORDERED that counsel for defendant shall file and serve a response within fourteen (14) days after the filing date of this

////

---

[1] The trial date was originally scheduled for May 20, 2019. See ECF Nos. 105, 113, 122.

order, indicating whether defendant agrees that another settlement conference should be scheduled.

SO ORDERED.

DATED: April 19, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2