UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MACOMBER, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0248 TLN AC P<br><br><br><br>ORDER |

The Clerk of Court is HEREBY DIRECTED to send plaintiff a copy of this court's Discovery and Scheduling Order filed January 4, 2016 (ECF No. 21). As explained in the Pretrial Order filed today, plaintiff shall file and serve any motion for the court's assistance in obtaining the attendance of a witness at trial at least two (2) months prior to trial.

DATED: May 20, 2019

　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE