UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>J. MACOMBER, et al.,<br><br>  Defendants. | No. 2:15-cv-0248 TLN AC P<br><br><br><br>ORDER |

This prisoner civil rights case is scheduled for trial before the district judge on April 27, 2020. Plaintiff requests that the court return his only copy of his medical records, which he sent to the court in support of his request for a second settlement conference. ECF No. 135. Review of the docket indicates that the documents filed May 1, 2019 appear to be the medical records plaintiff seeks. See ECF No. 127 (66 pages). Because these documents were previously scanned and added to the electronic docket, the Clerk of Court will be directed to return the original documents to plaintiff if still available.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's "motion" filed June 12, 2019, ECF No. 135, is granted; and

2. The Clerk of Court is directed to send plaintiff, within ten (10) days after the filing date of this order, the original documents set forth at ECF No. 127; if the original documents are no

////

1

longer available, the Clerk of Court shall make a copy of the electronic filing and send that copy to plaintiff.

SO ORDERED.

DATED: June 14, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE