UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MACOMBER, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0248 TLN AC P<br><br><br><br>ORDER |

This prisoner civil rights case is scheduled for trial before the district judge on April 27, 2020. The Amended Pretrial Order was filed on June 11, 2019. ECF No. 134. Plaintiff has filed objections to the order, ECF No. 137, which the court finds are without merit. Plaintiff's objections to the identified disputed facts merely underscore the parties' factual disputes, and plaintiff has no standing to object to defendants' potential witnesses. No further amendment of the pretrial order is required. Therefore, plaintiff's objections to the Amended Pretrial Order, ECF No. 137, are overruled.

DATED: July 8, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1