# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**TIMOTHY RAY BAKER,**

        Plaintiff,

vs.

**J. MACOMBER, et al.,**

        Defendants.

_____/

No. **2:15-cv-00248 TLN AC P**

**AMENDED[1]**
**ORDER & WRIT OF HABEAS CORPUS**
**AD TESTIFICANDUM**

    **Timothy Ray Baker, inmate CDCR # K62174**, a necessary and material witness in trial proceedings in this case commencing **Monday, April 27, 2020**, is confined in **Salinas Valley State Prison (SVSP)**, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to **Courtroom No. 2, on the 15th Floor of the United States District Court, 501 I Street, Sacramento, California 95814, before the Honorable Troy L. Nunley, United States District Judge, on Monday, April 27, 2020, at 9:00 a.m.**

    **ACCORDINGLY, IT IS HEREBY ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison-Sacramento.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, SVSP, P.O. Box 1020, Soledad, California 93960-1020**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place noted above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 4, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] This writ is amended to correct typographical errors in the original writ.