UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MACOMBER, et al.,<br><br>        Defendants. | No. 2:15-cv-0248 TLN AC P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for service of subpoenas. ECF No. 164. In his motion, plaintiff requests the court direct service of subpoenas on two correctional officers "to testify voluntarily." Id. at 1. The motion will be denied.

      As plaintiff was previously advised, if the officers he seeks to have testify at trial are voluntary witnesses, there is no need for a subpoena. Plaintiff need only notify them of the date and time of the trial. If the officers will not testify voluntarily, plaintiff may request a subpoena to secure their appearance. However, in addition to completing and submitting subpoenas for service by the United States Marshal, plaintiff is required to submit a money order for each witness, payable to the witness he seeks to subpoena, for the full amount of the witness's travel expenses plus the daily witness fee of $40.00. ECF No. 21 at 4; ECF No. 154 at 2. There is no indication that plaintiff has submitted the required money orders, and the court will not order the

1

subpoenas served until the required money orders are received.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for service of subpoenas, ECF No. 164, is DENIED.

DATED: June 17, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE