UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MACOMBER, et al.,<br><br>    Defendants. | No. 2:15-cv-0248 TLN AC P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for a settlement conference. ECF No. 169. After resolution of defendant's motion for summary judgment, this case was scheduled for a mandatory settlement conference, ECF No. 91, which was unsuccessful, ECF No. 96. Defendant was therefore directed to notify the court of his position on the utility of another settlement conference. ECF No. 170. Defendant has now responded that he does not believe a further settlement conference would be fruitful at this time. ECF No. 171.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference, ECF No. 169, is DENIED.

DATED: July 19, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE