UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER, | No. 2:15-cv-0248 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| J. MACOMBER, et al., | |
| Defendants. | |

Plaintiff has filed a motion for his request for appointment of counsel to be reviewed de novo, ECF No. 173, which appears to seek reconsideration by the undersigned of the July 7, 2021 Order denying appointment of counsel.

Local Rule 230(j) requires that a motion for reconsideration state "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion; and . . . why the facts or circumstances were not shown at the time of the prior motion." L.R. 230(j)(3)-(4).  Plaintiff's motion for reconsideration merely repeats the same arguments that were raised in his motion for appointment of counsel, which have already been considered by the court.

////

////

////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration, ECF
2 No. 173, is DENIED.
3 DATED: July 30, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE