UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RAY BAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. MACOMBER, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0248 TLN AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for "continual settlement conference offer" that includes an offer to settle the case. ECF No. 176. To the extent the motion seeks the scheduling of a settlement conference, it will be denied. Plaintiff previously requested a settlement conference after his August 2021 trial date was vacated and reset for April 2022, ECF No. 169, and the request was denied after defendant responded that he did not believe a further settlement conference would be fruitful at that time, ECF No. 172. There has been no apparent change in circumstances. If the parties wish to participate in a settlement conference, they may file a joint request to that effect. To the extent plaintiff is making a settlement offer, he is advised that such offers should be directed to defendant's counsel privately and not filed with the court.

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference, ECF No. 176, is DENIED.

DATED: December 6, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE